MARY D'AMELIO v. ROGER GOUNAUD.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES F. CARUS.

May 18, 1982.

Petition for certification denied.

MICHAEL C. GRATO v. PEPPERIDGE FARM INC.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JOHNSON.

May 18, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GUSTAVO SOSA.

May 18, 1982.

Petition for certification denied.